Candace C. Herling, Esq. (NBN 13503)
Heather Armantrout, Esq. (NBN 14469)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone:    (702) 385-2500
Facsimile:    (702) 385-2086
cherling@hutchlegal.com
harmantrout@hutchlegal.com
*Attorneys for Defendant*
*Tolulope Famuyiro, M.D.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LINDA NARRETTO, individually and
ANN NARRETTO, individually,

        Plaintiffs,

vs.

TOLULOPE FAMUYIRO, MD, individually;
DOES I through XX, inclusive, and ROE
CORPORATIONS I through XX, inclusive;

        Defendants.

Case No.: 2:25-CV-01759 -JAD-NJK

**STIPULATION TO DISMISS
TOLULOPE FAMUYIRO, MD WITH
PREJUDICE**

ECF No. 9

     Plaintiffs Linda and Ann Narretto and Defendant Tolulope Famuyiro, MD, by and through their counsels of record, hereby stipulate as follows:

     IT IS HEREBY STIPULATED AND AGREED that all Plaintiffs Linda and Ann Narretto's claims against Tolulope Famuyiro, MD, in this case are dismissed with prejudice, with each party to bear its own costs and attorney fees.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 2nd day of December 2025.

HUTCHISON & STEFFEN, PLLC

_____/s/ Candace Herling_____
Candace C. Herling, Esq. (NBN 13503)
Heather Armantrout, Esq. (NBN 14469)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*
*Tolulope Famuyiro, M.D.*

MURDOCK & ASSOCIATES, CHTD.

_____/s/ Robert E. Murdock_____
Robert E. Murdock, Esq. (NBN 4013)
Sydney E. Murdock, Esq. (NBN 15291)
521 South Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation **[ECF No. 9]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 5, 2025

2